UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60128-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM GALLO SOTO,

        Defendant.
_____/

## ORDER

This matter is before the Court upon Defendant William Gallo Soto's Motion for Return of Property [D.E. 51], upon referral by the Honorable William J. Zloch. *See* D.E. 52. In his Motion, Defendant seeks the return of a Colombian identification document, a military card, a passport, and $250.00.

In response, the Government states that in May 2011, the United States Department of Homeland Security, Bureau of Customs and Border Protection, destroyed everything but the money. *See* D.E. 54. The money, the Government explains and a receipt attached as an exhibit to the Government's Response shows, was returned to Defendant's representative on May 25, 2010.[1] Because nothing remains that can be returned, the Court hereby **DENIES AS MOOT** Defendant's

---

[1] The United States money actually amounted to $272.00, not $250.00. In addition, an unknown amount of Columbian and Honduran money was also returned to Defendant's representative.

Motion for Return of Property.

**DONE AND ORDERED** this 31st day of August 2011.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch
      Counsel of Record